IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA.

---

ROBERT-WILLIAM- MAWSON, SR
     -PLAINTIFF-

CIVIL #   ~~3:13-CV-01714~~   3:16 CV 400

Vs,

OFFICER SAMUAL DESIMONE, PITTSTON CITY POLICE OFFICER.
     -DEFENDANT-

## PETITION FOR RESTRAINING ORDER

FILED
SCRANTON

MAR - 4 2016

PER _____
         DEPUTY CLERK

"RESPECTFULLY SUBMITTED"

*Robert W. Mawson Sr*

ROBERT WILLIAM MAWSON, SR

-PLAINTIFF-

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA.

------

1. THE PLAINTIFF TO HIS DISMAY BRINGS ANOTHER INCIDENT / ILLEGAL SEIZURE OF THE PLAINTIFF AND THE ILLEGALLY SEIZURE AND IMPOUND OF THE PLAINTIFFS TRUCK BY OFFICER SAMUAL DESIMONE AND OFFICER FERANDIS PITTSTON CITY POLICE OFFICERS.

2. ON FEB 16,16 THE SETTELMENT CHECK WENT OUT IN THE POLICE DEPARTMENT MAIL, THAT VERY DAY/ NIGHT APROX- 12:30AM THE PLAINTIFF WAS ILLEGALLY SEIZED BY OFFICER SAMUAL DESIMONE AND OFFICER FERANDIS, ON A "BOGUS" TRAFFIC VIOLATION THE PLAINTIFF WENT THROUGH A STOP SIGN,WHICH THE PLAINTIFF DID NOT. THERE WERE 3-POLICE CARS AND 3-POLICE FOR THIS BOGUS TRAFFIC STOP TO HARASS AND THREATEN THE PLAINTIFF. AND IMPOUND HIS TRUCK,COSTING A UN HEARD OF $325.00 FROM PITTSTON TO WEST PITTSTON,SOLELY DESIGNED TO MAKE PLAINTIFF "DIG IN" TO HIS SETTELMENT MONEY AND CAUSE HARD SHIP AND EXTREME EMOTIONAL DISTRESS.

3. THE PLAINTIFF WAS PULLED OVER,AND PLAINTIFF VEHICLE WAS INSURED AND REG, ALL LEGAL AND PARKED SAFELY . THE THE PLAINTIFF WAITED A FEW SECONDS,THEN GOT OUT OF HIS TRUCK AND PUT HIS ARMS OUT TO HIS SIDES AND SAID "REALLY" ! ! OFFICER MR.FERANDIS GOT OUT OF HIS POLICE CAR AND SAID"MAWSON,THATS A GOOD WAY TO GET YOURSELF SHOT" OFFICER FERANDIS SAID"GET BACK INTO YOUR TRUCK!, ...YOU GET OUT AGAIN,I WILL "SMASH YOU "ETC" INTO THE GROUND ! .......

(CONT)

..... THE PLAINTIFF COMPLIED AND GOT BACK INTO HID DRIVER. SEAT OF HIS TRUCK WHILE OFFICER DESIMONE AND FERANDIS RAN PLAINTIFFS LICENSE PLATES, PLAINTIFF CALLED HIS FAMILY AND GOT AHOLD OF HIS MOTHER, ADVISED HER ITS HAPPENING AGAIN, AND THE PLAINTIFF ADVISED HER WHERE HE WAS AT TO COME FAST, OFFICER FERANDIS CAME TO THE PLAINTIFFS DOOR OF TRUCK, HE SAID - YOUR LICENSE CAME BACK SUSPENDED , PLAINTIFF ADVISED OFFICER MR. FERANDIS THAT HE HAS A DL-20 WORKER LICENSE THAT IT IS SUSPENDED, AND DESIMONE IS AWARE OF THIS FROM THE OTHER TIME.

4. THE OFFICER FERANDIS SAID IM IMPOUNDING YOUR TRUCK, I SAID I CAN HAVE SOMEONE DRIVE THE TRUCK HOME, MY MOTHER IS ON HER WAY, MR. FERANDIS SAID "YOUR MOTHER" ! PLAINTIFF ADVISED THE OFFICER YOU WENT THROUGH A STOP SIGN, PLAINTIFF GOT INTO AN ARGUMENT WITH THE OFFICER, CALLING THE OFFICER A "LYER" !! OFFICER FERANDIS SAID SHOW A LICENSE TOMMOROW AND GET YOUR TRUCK OUT OF IMPOUNDMENT, I SAID A LICENSE DRIVER IS ON HER WAY, FERANDIS AND DESIMONE WERE TALKING BEHIND MY TRUCK, 2-POLICE CARS WITH SPOT LIGHTS ON BLOCKING IN PLAINTIFFS TRUCK. OFFICER FRANDIS CAME BACK AND CONTINUED TO SAY IWERE IMPOUNDING YOUR TRUCK, I WARNED HIM THIS IS ANOTHER - - ILLEGAL SEIZURE , TO CALL THE CHEIF MR. POWERS, .

5. THE PLAINTIFF WAS THEN ALLOWED OUT OF HIS TRUCK, WENT OVER TO OFFICER DESIMONE AND SAID, I GUESS NOTHING CHANGED, - - OFFICER DESIMONE "LAUGHED AND SAID " NOPE" ...THE PLAINTIFF SAID I SETTELED WITH YOUR DEPARTMENT , WHAT MORE CAN I DO FOR PEACE. MR. DESIMONE SAID "IT IS WHAT IT IS"!

6. THE PLAINTIFFS MOTHER ARRIVED, PLAINTIFF POINTED TO MR, DESIMONE & OFFFICER FERANDIS TO I.D. THEM, SHE IS A WITNESS, THE 3rd,- POLICE OFFICERS NAME IS UN KNOWEN. THERE WERE 3-POLICE CARS FOR THIS "BOGUS" TRAFFIC STOP. THE PLAINTIFF WAS "NEVER" ISSUED A TICKET, BUT DID IN FACT IMPOUND HIS TRUCK.

7. PLAINTIFF GOT HIS TRUCK OUT THE VERY NEXT DAY, A UN HEARD OF $325.00 IMPOUNDMENT, SOLEY DESIGNED TO MAKE THE PLAINTIFF "DIG" INTO HIS SETTELMENT MONEY. FROM PITTSTON TO WEST PITTSTON THE TRUCK WAS TAKEN, LESS THEN A MILE $325.00.

THE PLAINTIFF PRAYS THIS COURT GRANTS HIM A RESTRANING ORDER TO FILE A 3rd, CIVIL SUIT TO BE LET ALONE.

"RESPECTFULLY SUBMITTED"

MAY 4, 16

ROBERT WILLIAM MAWSON, SR

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA.

---

ROBERT WILLIAM MAWSON, SR
  -PLAINTIFF-

CASE # __3;13-CV-01714__.

vs.

OFFICER SAMUAL DESIMONE
  -DEFENDANT-

  .AND NOW, THIS_____DAY OF_____2016, AFTER REVEIWING THE PLAINTIFFS CONCERNS OF A ONGOING MATTER, THE PLAINTIFFS REQUEST FOR A RESTRAINING ORDER IS HEREBY _____. TO STOP HARASSMENT BY THE PITTSTON CITY POLICE.

DATE_____2016.

_____
HON, JUDGE.