IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA.

---

ROBERT-WILLIAM-MAWSON, SR.  :  3:16-CV-400
-PLAINTIFF-                 :  CIVIL CASE # 3:13-CV-01714
                            :
Vs.                         :  (HON, JUDGE MR. MANNION)
                            :           &
OFFICER SAMUAL DESIMONE     :  (HON, JUDGE MRS SUSAN SCHWAB )
-DEFENDANT-                 :

CERTIFIDE LETTER SENT TO CHEIF ROBERT POWERS.

FILED
SCRANTON
MAR - 4 2016
PER _____
DEPUTY CLERK

MARCH 4th, 2016

_Robert W. Mawson Sr._
ROBERT-WILLIAM-MAWSON, SR.

Cc: FED, COURT
#58 R/M FILE.

(LETTER TO CHEIF ROBERT POWERS)

DEAR MR. POWERS:

I AM BRINGING TO YOUR ATTENTION THAT I WAS ILLEGALLY STOPPED BY OFFICER SAMUAL DESIMONE AGAIN AND OFFICER FERANDIS ON A BOGUS TRAFFIC VIOLATION I WENT THRUGH A STOP SIGN ,WHICH I DID NOT GO THROUGH A STOP SIGN . I WAS ONCE AGAIN ILLEGALLY SEIZED, AND THREATENED BY OFFICER FERANDIS IM EXHUSTED WITH . THIS CASE, I WENT OVER TO OFFICER SAMUAL AND SAID "I GUESS NOTHING CHANGED, HE LAUGHED AND SAID NOPE" THEN I SAID "LOOK, I SETTELED WITH YOUR DEPARTMENT WHAT MORE CAN I DO FOR PEACE, MR.DESIMONE SAID "IT IS WHAT IT IS".

THEY ILLEGALLY IMPOUNDED MY TRUCK, I WOULD OF BEEN STRANDED APROX- 12:30am, I HAD TO CALL AND WAKE UP MY SICK MOTHER WHO HAS CANCER ,SHE WAS GOING TO TAKE MY TRUCK HOME BECAUSE MY DL-20 WORKERS LICENCE THE OFFICERS SAID WAS COMING UP SUSPENDED WHICH IT ALWAYS DOES, BECAUSE ITS SUSPENED "WORKERS DL-20 LICENSE "FROM VIOLATIONS OVER 23 yrs AGO WHEN I WAS A KID AND MANY COURT INFRACTIONS, I KEEP ON ADVISING YOU, IM NOT THAT 24 YR OLD KID ANYMORE, LEAVE ME ALONE, I CHANGED MY LIFE AROUND AND HAVENT HAD ANY COURT INFRACTIONS SINCE 1996 ,

Cc:FED,
COURT. &
FILE#58.

NOW, I NEED TO KNOW WHY I WAS ILLEGALLY SEIZED AND TRUCK IMPOUNDED THE "VERY" DAY THE "SETTELMENT CHECK" WAS SENT OUT IN THE MAIL, INK NOT EVEN FULLY DRY ON THE CHECK AND A 3rd INCIDENT BY YOUR OFFICERS, A 2nd BY MR.DESIMONE, WHAT ACTION ARE YOU GONNA TAKE, I CALL YOU SEVERAL TIMES AND I HAVE WITNESSES AND PHONE RECORDS , YOU NEVER RETURN MY CALLS. WHAT ACTION ARE YOU TAKEN ,THIS ONGOING PATTEREN ?

BY: Robert Mawson

✯ SENT CERTIFIED T
CHEIF ROBERT POWERS

```
=========================================
              MOSCOW
           331 N MAIN ST
              MOSCOW
                PA
             184449998
            4156240444
03/04/2016    (800)275-8777    1:24 PM
=========================================
=========================================
Product              Sale        Final
Description          Qty         Price

Folk Art PSA #        1         $0.62
10
    (Unit Price:$0.62)
First-Class           1         $0.49
Mail
Letter
    (Domestic)
    (PITTSTON, PA 18640)
    (Weight:0 Lb 0.50 Oz)
    (Expected Delivery Day)
    (Monday 03/07/2016)
Certified             1         $3.45
    (USPS Certified Mail #)
    (70151660000106809228)
Return                1         $2.80
Receipt
    (USPS Return Receipt #)
    (9590940214945329449363)
Affixed               1        ($0.49)
Postage
    (Affixed Amount:$0.49)

Total                          $6.87

Cash                          $20.00
Change                       ($13.13)


******************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
******************************************

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.


Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.


******************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes
```



U.S. Postal Service
CERTIFIED MAIL RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

PIT**OFFICIAL USE**

Certified Mail Fee
$ $3.45

0444
03

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)     $ $0.00
☑ Return Receipt (electronic)   $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage
$ $0.49

Total Postage and Fees
$ $6.74

[MOSCOW PA postmark 03/04/2016]

Sent To  Cheif RoberT Powers
Street and Apt. No., or PO Box No. 35 - BROAD St
City, State, ZIP+4  PITTSTON, PA . 18640

PS Form 3800, April 2015         See Reverse for Instructions

7015 1660 0001 0680 9228

MAR, 4, 16