**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**RE:**      <u>Mawson v. Desimone, et al</u>      :
                                                           :      **Civil Action No.  3:16-CV-0400**
**Plaintiff:**   **Robert William Mawson, Sr.**   :

## 30 DAY ADMINISTRATIVE ORDER   (CIVIL RIGHTS CASE)

The civil rights complaint, filed by Robert William Mawson, Sr., proceeding *pro se*, has been received without a filing fee or the properly completed forms required to proceed *in forma pauperis* in a civil rights case.  This action may not proceed unless the Plaintiff, within thirty (30) days of the date of this Order, either:

(1)   tenders to the "Clerk, U.S. District Court" payment in the amount of $400.00, which represents a statutory filing fee in the amount of $350.00 and a $50.00 Administrative Fee; **or**

(2)   files an application to proceed *in forma pauperis.*  An application to proceed *in forma pauperis* form is enclosed. Failure to comply with the terms of this Order within thirty (30) days will cause this case to be dismissed without prejudice.

                                                        **MARIA E. ELKINS**
                                                        <u>Clerk of Court</u>

                                                        s/ <u>LP</u>
                                                        Generalist/Deputy Clerk

Date:  **March 11, 2016**