IN THE MIDDLE DISTRICT COURT OF PENNSYLVANIA.

ROBERT-WILLIAM-MAWSON, SR.
— PLAINTIFF —

CASE# 3:16-CV-400.

Vs.

JUDGE: _____ AND

THE PITTSTON CITY POLICE DEPT, AND
OFFICER SAMUAL DESIMONE, OFFICER —
-MR. FERANDUS, CHEIF ROBERT POWERS.
-DEFENDANTS-

MAGISTRATE JUDGE: _____.

—— APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PAYING FEES/COST ——

FILED
SCRANTON

APR -8 2016

PER _____
DEPUTY CLERK

April 8, 16

"RESPECTFULLY SUBMITTED"

*Robert William Mawson Sr.*

ROBERT-WILLIAM-MAWSON, SR   /PRO-se.

AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

ROBERT-WILLIAM-MAWSON, SR )
*Plaintiff* )
v. ) Civil Action No.
OFFICER SAMUAL DESIMONE ET.al. )
*Defendant* )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: **no.**
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are: **not employed at this time.**

My gross pay or wages are: $ 0 , and my take-home pay or wages are: $ 0 per
*(specify pay period)* ---------------

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply):*

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☒ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☐ Yes | ☒ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

*** SOCIAL SECURITY INCOME. APROX- $ 680.00 amonth,every 3rd
Of month .

AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ aprox. 3o.oo bucks keep - account open . (SEE attached bank statement )

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value):* I   HAVE 1,  RUNNING   VEHICLE,WORKING   ON   OTHER,NEEDS ENG,REPAIR

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense):*    YES,   APROX-   $240.00   IN   VEHICLE   FUEL  AMONTH ,V8- -HEMI   TRUCK   4x4 ,electric,food,coal, etc,.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

   I   support   my   Daughter,clothes   etc,   I have   a   BIG   dog   a "ROTTY"   , .

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable):*

   PPL -ELECTRIC,COAL,TRUCK FUEL & INSURANCE .

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: APRIL 8th,2016

*Applicant's signature*

RoberT- WilliAm -MAWSON Sr
*Printed name*

ROBERT-WILLIAM-MAWSON,SR .PRO-Se,

| Free Checking 7812247401 | FIDELITY D & D BANK | 4/8/2016 10:29:39 AM |
|---|---|---|
| Printed by: Debra Franko | | Reporting Institution: 25 |

### Demand Deposit 7812247401 - ROBERT MAWSON

| | Relationship | Date of Birth | Phone Number | Tax Identification |
|---|---|---|---|---|
| ROBERT MAWSON | Owner/Signer | *** **, **** | ********** | SSN ***-**-**** |
| BERNADETTE MAWSON | Signer | *** **, **** | ********** | SSN ***-**-**** |
| 164 MILL ST REAR<br>PITTSTON PA 18640 | | | | |

Additional Relationships
Tax Name: ROBERT MAWSON
See Mailing Information

*[handwritten: CJM]*

*[handwritten: SSI NOT WORKING AT This time]*

**Mailing Label**
ROBERT MAWSON
BERNADETTE MAWSON
164 MILL ST REAR
PITTSTON PA 18640

### Current & Previous Cycle

| Description | Debits | Credits | Date | Balance |
|---|---|---|---|---|
| Balance Forward: | | | Feb 12, 2016 | $10.70 |
| COMM OF PA SSP DPWBE NEFIT XXXXX6050-SSP00 | | $22.10 | Mar 01, 2016 | $32.80 |
| SSI TREAS 310 XXSUPP SEC XXXXX6050 SSI | | $61.00 | Mar 01, 2016 | $93.80 |
| Miscellaneous Debit | $80.00 | | Mar 02, 2016 | $13.80 |
| SSA TREAS 310 XXSOC SEC XXXXX6050A SSA | | $692.00 | Mar 03, 2016 | $705.80 |
| Miscellaneous Debit | $680.00 | | Mar 03, 2016 | $25.80 |
| ****Statement Produced**** | | | Mar 11, 2016 | $25.80 |
| COMM OF PA SSP DPWBE NEFIT XXXXX6050-SSP00 | | $22.10 | Apr 01, 2016 | $47.90 |
| SSI TREAS 310 XXSUPP SEC XXXXX6050 SSI | | $61.00 | Apr 01, 2016 | $108.90 |
| SSA TREAS 310 XXSOC SEC XXXXX6050A SSA | | $692.00 | Apr 01, 2016 | $800.90 |
| Miscellaneous Debit | $780.00 | | Apr 01, 2016 | $20.90 |
| Balance This Statement: | | *[handwritten: BAL —]* | Apr 07, 2016 | $20.90 |

*[handwritten: april 8, 16]*