IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF PENNSYLVANIA.

ROBERT-WILLIAM- MAWSON,SR
    -PLAINTIFF-

CIVIL # 3:16-CV-400

Vs,

OFFICER SAMUAL DESIMONE, OFFICER

MR. FERANDIS, CHEIF ROBERT POWERS, &

THE PITTSTON CITY POLICE DEPT,.
    -DEFENDANTS-

PETITION FOR RESTRAINING ORDER

---

"RESPECTFULLY SUBMITTED"

APRIL 8th, 2016

ROBERT WILLIAM MAWSON, SR

-PLAINTIFF-

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA.

-----------------------------------------------------------------------

1. THE PLAINTIFF TO HIS DISMAY BRINGS ANOTHER INCIDENT / ILLEGAL SEIZURE OF THE PLAINTIFF AND THE ILLEGALLY SEIZURE AND IMPOUND OF THE PLAINTIFFS TRUCK BY OFFICER SAMUAL DESIMONE AND OFFICER FERANDIS PITTSTON CITY POLICE OFFICERS.

2. ON FEB 16,16 THE SETTELMENT CHECK WENT OUT IN THE POLICE DEPARTMENT MAIL, THAT VERY DAY/ NIGHT APROX- 12:30AM THE PLAINTIFF WAS ILLEGALLY SEIZED BY OFFICER SAMUAL DESIMONE AND OFFICER FERANDIS, ON A "BOGUS" TRAFFIC VIOLATION THE PLAINTIFF WENT THROUGH A STOP SIGN, WHICH THE PLAINTIFF DID NOT. THERE WERE 3-POLICE CARS AND 3-POLICE FOR THIS BOGUS TRAFFIC STOP TO HARASS AND THREATEN THE PLAINTIFF. AND IMPOUND HIS TRUCK, COSTING A UN HEARD OF $325.00 FROM PITTSTON TO WEST PITTSTON, SOLELY DESIGNED TO MAKE PLAINTIFF "DIG IN" TO HIS SETTELMENT MONEY AND CAUSE HARD SHIP AND EXTREME EMOTIONAL DISTRESS.

3. THE PLAINTIFF WAS PULLED OVER, AND PLAINTIFF VEHICLE WAS INSURED AND REG, ALL LEGAL AND PARKED SAFELY . THE THE PLAINTIFF WAITED FEW SECONDS, THEN GOT OUT OF HIS TRUCK AND PUT HIS ARMS OUT TO HIS SIDES AND SAID "REALLY" ! ! OFFICER MR.FERANDIS GOT OUT OF HIS POLICE CAR AND SAID"MAWSON, THATS A GOOD WAY TO GET YOURSELF SHOT" OFFICER FERANDIS SAID"GET BACK INTO YOUR TRUCK!, ...YOU GET OUT AGAIN, I WILL "SMASH YOU "ETC" INTO THE GROUND !
.......

(CONT)

..... THE PLAINTIFF COMPLIED AND GOT BACK INTO HID DRIVERS SEAT OF HIS TRUCK WHILE OFFICER DESIMONE AND FERANDIS RAN PLAINTIFFS LICENSE PLATES, PLAINTIFF CALLED HIS FAMILY AND GOT AHOLD OF HIS MOTHER, ADVISED HER ITS HAPPENING AGAIN, AND THE PLAINTIFF ADVISED HER WHERE HE WAS AT TO COME FAST, OFFICER FERANDIS CAME TO THE PLAINTIFFS DOOR OF TRUCK, HE SAID - YOUR LICENSE CAME BACK SUSPENDED , PLAINTIFF ADVISED OFFICER MR. FERANDIS THAT HE HAS A DL-20 WORKER LICENSE THAT IT IS SUSPENDED, AND DESIMONE IS AWARE OF THIS FROM THE OTHER TIME.

4. THE OFFICER FERANDIS SAID IM IMPOUNDING YOUR TRUCK, I SAID I CAN HAVE SOMEONE DRIVE THE TRUCK HOME, MY MOTHER IS ON HER WAY, MR. FERANDIS SAID "YOUR MOTHER" ! OFFICER MR FERANDIS THE PLAINTIFF HE WENT THROUGH A STOP SIGN, PLAINTIFF GOT INTO AN ARGUMENT WITH THE OFFICER, CALLING THE OFFICER A "LYER" !! OFFICER FERANDIS SAID SHOW A LICENSE TOMMOROW AND GET YOUR TRUCK OUT OF IMPOUNDMENT, I SAID A LICENSE DRIVER IS ON HER WAY, FERANDIS AND DESIMONE WERE TALKING BEHIND MY TRUCK, 2-POLICE CARS WITH SPOT LIGHTS ON BLOCKING IN PLAINTIFFS TRUCK. OFFICER FRANDIS CAME BACK AND CONTINUED TO SAY WERE IMPOUNDING YOUR TRUCK , THE PLAINTIFF WARNED THE OFFICER OF THE ILLEGAL SEIZURE TO CALL THE CHEIF MR. POWERS, .

5. THE PLAINTIFF WAS THEN ALLOWED OUT OF HIS TRUCK, WENT OVER TO OFFICER DESIMONE AND SAID, I GUESS NOTHING CHANGED, - - OFFICER DESIMONE "LAUGHED AND SAID NOPE" ...THE PLAINTIFF SAID I SETTELED WITH YOUR DEPARTMENT , WHAT MORE CAN I DO FOR PEACE. MR. DESIMONE SAID "IT IS WHAT IT IS"!

6. THE PLAINTIFFS MOTHER ARRIVED, PLAINTIFF POINTED TO MR, DESIMONE & OFFFICER FERANDIS TO I.D. THEM, SHE IS A WITNESS, THE 3rd,- POLICE OFFICERS NAME IS UN KNOWEN . THERE WERE 3-POLICE CARS FOR THIS "BOGUS" TRAFFIC STOP . THE PLAINTIFF WAS "NEVER" ISSUED A TICKET , BUT DID IN FACT IMPOUND HIS TRUCK .

7. PLAINTIFF GOT HIS TRUCK OUT THE VERY NEXT DAY, A UN HEARD OF $ 325.00 IMPOUNDMENT, SOLEY DESIGNED TO MAKE THE PLAINTIFF "DIG" INTO HIS SETTELMENT MONEY . FROM PITTSTON TO WEST PITTSTON THE TRUCK WAS TAKEN, LESS THEN A MILE $325.00 .

THE PLAINTIFF PRAYS THIS COURT GRANTS HIM A RESTRANING ORDER TO FILE A 3rd, CIVIL SUIT TO BE LET ALONE.

"RESPECTFULLY SUBMITTED"

*signature*

ROBERT WILLIAM MAWSON, SR

4.

\*\*\*\*\*\*\*\*\*\* INJUCTION RELIEF TO END MISCONDUCT \*\*\*\*\*\*\*\*\*\*
/RESTRAINING ORDER .

THE PLAINTIFF CONTENDS THAT THIS IS A ONGOING PATTERN FROM THE PITTSTON CITY POLICE, HARRASSING THE PLAINTIFF ABUSING THEIR AUTHORITY.

HARRASMEMT DEFINED: AN ABUSE OF AN OFFICERS AUTHORITY BY "CONTINUALLY HARASSING" A "PARTICULAR PERSON(S) AND "REPEATED CIVIL RIGHTS VIOLATIONS" "EXCESSIVE ENCOUNTERS" AND OUTRIGHT "HOSTILITY TOWARDS" SAME "PERSON(S) ALSO: AS DEFINED IN POLICE HARRASMENT: CONTINUALLY OR ARBITRARILY "STOPPING" SAME PERSON(S) OR "THREATING", INTIMIDATION OF SOMEONE AND ILLEGAL DETENTIONS.

42 U.S.C § 1414 : EXPRESSES THE "ONGOING PATTERN" CONDUCT OF POLICE OFFICERS), THE MISCONDUCT MUST CONSTITUTE A "PATTERN OR PRACTICE" AND NOT ONE INCIDENT THAT DEPRIVES A PERSON IS A "CRIME"! ACTING OUT UNDER THE COLOR OF LAW WILLFULLY TO DEPRIVE OR CONSPIRE TO DEPRIVE A PERSON OF ANY RIGHTS PROTECTED BT OUR CONSTITUTION OR LAWS OF THE UNITED STATES (18-U.S.C § 241, 242 THE COLOR OF LAW MEANS, THAT THE PERSON(S) DOING THE ACT IS USING/ABUSING THE POWER GIVING TO HIM BY A GOVERMENT ANGENCY 42-U.S.C § 1414)

THE PLAINTIFF CONTENDS THAT WHAT THE PITTSTON CITY POLICE ARE DOING TO HIM IS VERY APPARENT AND "SOMETHING" NEEDS TO BE DONE. THIS IS NOT AN ISOLATED INCIDENT, THIS IS THE 3rd INCIDENT . THESE POLICE ARE "BOLDLY "PROVOKING" BY ILLEGAL STOPS, MOST RECENT THREATENED BY OFFICER MR. FERANDIS, THAT IF PLAINTIFF GOT OUT OF HIS VEHICLE AGAIN , PLAINTIFF WAS GONNA GET "SLAMMED" INTO THE GROUND, NO PROBABLE CAUSE STOPS, LYING ABOUT A "BOGUS" TRAFFIC INFRACTION OF GOING THROUGH A STOP SIGN, IMPOUNDING THE PLAINTIFF VEHICLE CAUSING HARSHIP, AND EXPENSE . OUT OF RETALITORY ACTION .
OFFICER DESIMONE MADE SUGGESTIVE RETAITORY COMMENTS, WHEN ASKED BY THE PLAINTIFF "I GUESS NOTHING CHANGED"...MR. DESIMONE LAUGHED AND SAID "NOPE".

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA.

ROBERT WILLIAM MAWSON, SR
    -PLAINTIFF-

CASE # _____

Vs.

OFFICER SAMUAL DESIMONE,
OFFICER MR. FERANDIS, CHEIF ROBERT POWERS & THE PITTSTON CITY POLICE DEPARTMENT.
    -DEFENDANTS-

AND NOW, THIS _____ DAY OF _____ 2016, AFTER REVEIWING THE PLAINTIFFS CONCERNS OF A ONGOING MATTER, THE PLAINTIFFS REQUEST FOR A RESTRAINING ORDER IS HEREBY _____. TO STOP HARASSMENT BY THE PITTSTON CITY POLICE.

DATE _____ 2016.

                                       HON, JUDGE.

PITTSTON CITY POLICE ADDRESS:
  CHEIF ROBERT POWERS
      -AT-
  35-BROAD ST
PITTSTON, PA. 18640.