IN THE MIDDLE DISTRICT COURT OF PENNSYLVANIA

ROBERT-WILLIAM-MAWSON, SR
- PLAINTIFF-

CASE#_____

**** JURY TRIAL DEMANDED ****

Vs.

JUDGE HON,_____

THE PITTSTON CITY POLICE DEPT, AND MAGISTRATE JUDGE HON,_____
OFFICER SAMUAL DESIMONE, OFFICER
MR. FERANDIS, CHEIF ROBERT POWERS &
A 3rd, (UN KNOWEN OFFICER.

MOTION FOR EXTENTION IN TIME TO PROPERLY RESEARCH AND LITIGATE THE CASE. THE PLAINTIFF. REQUEST 60-DAYS FROM DATE TO PROCEED IN forma pauperis.

---

FILED
SCRANTON

APR - 8 2016

PER _____
DEPUTY CLERK

APRIL 8th, 2016

_Robert-William Mawson Sr_
ROBERT-WILLIAM-MAWSON, SR / PRO-Se.

-PLAINTIFF-

1-of-3

IN THE MIDDLE DISTRICT COURT OF PENNSYLVANIA

## REASONS TO GRANT EXTENTON OF TIME / PRAYER FOR RELEIF.

1. THE PLAINTIFF RESPECTFULLY REQUEST A 60-DAY EXTENTION IN TIME FROM THE "DATE" GRANTING HIM TO LEAVE in forma-pauperis, THE PLAINTIFF FILED AND DOCUMENTED THE DEFENDANTS "IMMEDIATE RETALIATION" AS SOON AS THE SETTELMENT CHECK WENT IN THE MAIL ,REFERING TO THE MOST RECENT FILING MARCH 4th,16.

2. THE PLAINTIFF IS ONCE AGAIN PROCEEDING PRO-Se IN THE ONGOING PATTERERN WITH THE PITTSTON CITY POLICE, THUS,3rd, INCIDENT.

3. THE PLAINTIFF HAS TO FURTHER LITIGATE AND RESEARCH - SEVERAL OF THE FOLLOWING CASES BELOW:

   ** ONGONING CONTINUOUS PATTEREN OF MISCONDUCT.

   ** RETALIATION

   ** ILLEGAL IMPOUNDMENT OF A VEHICLE /LEGAL VEHICLE /SEIZURE.

   ** PATEREN OF HARASSMENT/THREATING PLAINTIFF.

   ** AND OTHER CASES AND U.S. CASE LAWS ETC,.

   ** FOR ALL THE AFORESAID REASONS,THE PLAINTIFF KINDLY REQUEST A 60-DAY EXTENTION OF TIME FROM THE GRANTING OF HIS LEAVE TO PROCEED IN forma-pauperis .     "THANK YOU"

april 8th, 16

ROBERT -WILLIAM-MAWSON, SR  / PRO-Se

2.

IN THE MIDDLE DISTRICT COURT OF PENNSYLVANIA.

ROBERT-WILLIAM-MAWSON,SR  :
    -PLAINTIFF-  : CASE#_____.
  :
  :
  Vs.  :
  :
THE PITTSTON CITY POLICE DEPT, AND  :

OFFICER SAMUAL DESIMONE, OFFICER  :

MR.FERANDIS,CHEIF ROBERT POWERS,AND

A3rd,UN KNOWEN OFFICER .ET,al
    -DEFENDANTS-

O R D E R
_____

AND NOW,THIS_____DAY OF_____ AFTER REVEIWING THE PRO-Se PLAINTIFFS REASONS, FOR AN EXTENTION OF TIME, 60-DAYS OF LEAVE TO PROCEED IN FORMA-PAUPERIS, PLAINTIFFS REQUEST IS HEREBY_____.

_____
                HON,JUDGE.
DATE:_____2016.

3.