**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ROBERT WILLIAM MAWSON, SR,** | : |
| **Plaintiff,** | : CIVIL ACTION NO. 3:16-0400 |
| v. | : (JUDGE MANNION) |
| **OFFICER SAMUEL DESIMONE,** | : |
| **Defendant** | : |

## ORDER

In accordance with the accompanying Memorandum issued this same day, the "Appeal," (Doc. 45), of the plaintiff Robert William Mawson, Sr.'s of Magistrate Judge Susan Schwab's July 14, 2016 Order, is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: August 23, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0400-01-ORDER.wpd