**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT WILLIAM MAWSON, SR,** | : | |
| **Plaintiff,** | : | CIVIL ACTION NO. 3:16-0400 |
| v. | : | (JUDGE MANNION) |
| **PITTSTON CITY POLICE DEPARTMENT,** *et al.,* | : | |
| | : | |
| **Defendant** | | |

# O R D E R

For the reasons set forth in the memorandum issued this same day, **IT IS HEREBY ORDERED** that the Report and Recommendation of Chief Magistrate Judge Schwab is adopted in full and the defendants' motion to dismiss the second amended complaint, (Doc. 65), is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. All claims against the Pittston Police Department are **DISMISSED**.

2. The plaintiff's due process claim is **DISMISSED**.

3. The plaintiff's claims based on the Pennsylvania Constitution, 18 U.S.C. §§241 & 242, and 42 U.S.C. §§1414, 2000m, and 3789(c) are **DISMISSED**.

4. The plaintiff's Fourth Amendment claim against defendant Schmosic based on the February stop is **DISMISSED**.

5. The plaintiff's Fourth Amendment claim against defendant DeSimone based on the June stop is **DISMISSED**.

6. The plaintiff's Fourth Amendment claims against defendants Schmosic and Powers based on the impoundment of the plaintiff's truck are **DISMISSED**.

7. The plaintiff's motions for leave to amend, (Docs. 86 & 89), are **DENIED**.

8. The plaintiff's motion for a preliminary injunction, (Doc. 21), is **DENIED**.

9. In all other respects, the motion to dismiss is **DENIED**.

10. The case is referred to Chief Magistrate Judge Schwab for further proceedings.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: September 28, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0400-02-ORDER.wpd