UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**ROBERT WILLIAM MAWSON, SR.,** :

      **Plaintiff** :     **CIVIL ACTION NO. 3:16-400**

      **v.** :     **(MANNION, D.J.)**

**PITTSTON CITY POLICE** :
**DEPARTMENT,** *et at.,*
       :
      **Defendants**

## ORDER

For the reasons set forth in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** The Report, (Doc. 191), is **ADOPTED in part** and **NOT ADOPTED in part**;

**(2)** Mawson's objections to the Report, (Doc. 193), are **OVERRULED**;

**(3)** Defendants' objections to the Report, (Doc. 195), are **OVERRULED in part**;

**(4)** Defendants' motion for summary judgment, (Doc. 157), is **GRANTED in part** and **DENIED in part**;

**(5)** The motion for summary judgment is **GRANTED** in favor of Defendants and against Mawson on (1) the Fourth Amendment claims against Officer DeSimone and Chief

Powers based upon the February Stop; (2) the Fourth Amendment claims against Officers DeSimone and Fernandes based upon the impoundment of the truck; (3) the First Amendment retaliation claims against Officers DeSimone and Fernandes and Chief Powers based upon the February Stop and traffic citations; (4) the First Amendment retaliation claims against Officers DeSimone and Fernandes and Chief Powers based upon the impoundment of the truck; (5) the Fourth Amendment claims against Officers Fernandes and Shumosic and Chief Powers based on the June Stop; and (6) the First Amendment retaliation claims based upon June Stop resulting traffic citations;

**(6)** The motion for summary judgment is **DENIED** with respect to the Fourth Amendment claim against Officer Fernandes based upon the February Stop, and this claim shall **PROCEED** to trial.

**(7)** By separate order the court will set a date for trial.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: October 15, 2020**
16-0400-03